**FAEGRE DRINKER BIDDLE & REATH LLP**
ANDREW S. AYALA (SBN 332261)
andrew.ayala@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 203-4000
Facsimile:   (310) 229-1285

TYLER A. YOUNG (*Pro Hac Vice* Forthcoming)
tyler.young@faegredrinker.com
RORY F. COLLINS (*Pro Hac Vice* Forthcoming)
rory.collins@faegredrinker.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 766-7000
Facsimile:   (612) 766-1600

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DEFOREST, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>  Defendant. | Case No. 8:25-cv-0851<br><br>[Orange County Superior Court, Case No. 30-2025-01467748-CU-NP-CXC]<br><br>**DECLARATION OF BRANDON JOHNSON IN SUPPORT OF NOTICE OF REMOVAL**<br><br>Complaint filed:  March 14, 2025<br>Date Removed:   April 23, 2025 |

1

I, Brandon Johnson, declare as follows:

1. I am the Sr. Financial Analyst at Target Corporation, located at 1000 Nicollet Mall, Minneapolis, MN 55403. I have personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2. I understand that the plaintiff in this action, Jennifer Deforest, alleges claims on behalf of a class of "[a]ll persons within the United States" and a sub-class of "[a]ll persons within California" who purchased certain Good & Gather pasta sauce products (the "Products")[1] from Target "within four years prior to the filing of the Complaint."

3. I understand the complaint was filed on or about March 14, 2025.

4. I have reviewed Target's records kept in the ordinary course of business and can confirm that Target sold more than 3 million units of the Products to more than 100 customers in California during the proposed class period. The gross revenue from California sales of the products during the proposed class period exceeded $6,000,000.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed at Minneapolis, Minnesota on April 22, 2025.



---

[1] The Complaint defines the Products as including the following varieties of Good & Gather pasta sauce: Mushroom pasta sauce; Traditional pasta sauce; Tomato, basil & garlic pasta sauce; Marinara; Garden combo pasta sauce; Organic roasted garlic pasta sauce; Organic tomato basil pasta sauce; Organic three cheese pasta sauce; and Organic marinera.