1 | **FAEGRE DRINKER BIDDLE & REATH LLP**
ANDREW S. AYALA (SBN 332261)
2 | andrew.ayala@faegredrinker.com
1800 Century Park East, Suite 1500
3 | Los Angeles, CA 90067
Telephone: (310) 203-4037
4 | Facsimile: (310) 229-1285

5 | TYLER A. YOUNG (*Pro Hac Vice* Forthcoming)
Tyler.young@faegredrinker.com
6 | RORY F. COLLINS (*Pro Hac Vice* Forthcoming)
rory.collins@faegredrinker.com
7 | 2200 Wells Fargo Center
90 South Seventh Street
8 | Minneapolis, MN 55402
Telephone: (612) 766-8610
9 | Facsimile: (612) 766-1600

10 | Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JENNIFER DEFOREST, individually, and on behalf of others similarly situated, | Case No. 8:25-cv-0851 |
|---|---|
| Plaintiff, | [Orange County Superior Court, Case No. 30-2025-01467748-CU-NP-CXC] |
| vs. | **PROOF OF SERVICE OF NOTICE OF REMOVAL AND RELATED DOCUMENTS** |
| TARGET CORPORATION, | |
| Defendant. | Complaint Filed: March 14, 2025<br>Date Removed: April 23, 2025 |

PROOF OF SERVICE

# PROOF OF SERVICE

I am a citizen of the United States and employed in the offices of Faegre Drinker Biddle and Reath LLP. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1800 Century Park East, Suite 1500; Los Angeles, CA 90067.

On **April 23, 2025**, I served the a copy of the following documents described below on all interested parties in this action as follows:

1. NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION, PURSUANT TO 28 U.S.C. § 1332(d), WITH EXHIBITS A-B
2. DECLARATION OF BRANDON JOHNSON IN SUPPORT OF NOTICE OF REMOVAL
3. CIVIL COVER SHEET
4. DEFENDANT TARGET CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES
5. DEFENDANT'S NOTICE OF RELATED CASE
6. PROOF OF SERVICE OF NOTICE OF REMOVAL AND RELATED DOCUMENTS

☑ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

> Todd M. Friedman
> Adrian R. Bacon
> LAW OFFICES OF TODD M. FRIEDMAN, P.C.
> 21031 Ventura Blvd Suite 340
> Woodland Hills, CA 91364
> Tel.   323-306-4234
> Fax.   866-633-0228
> Email: tfriedman@toddflaw.com
> Email: abacon@toddflaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **April 23, 2025**, at Los Angeles, California.

*Liliana Hernandez*
Liliana R. Hernandez